IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| **RANDY HERBST,**<br><br>          Plaintiff,<br><br>    v.<br><br>**PROFESSIONAL DRIVERS OF GEORGIA, INC.,**<br><br>          Defendant. | Case No.1:16-cv-00360-TLS-SLC |

## JOINT STIPULATION OF DISMISSAL

Plaintiff, Randy Herbst, and Defendant, Professional Drivers of Georgia, Inc., by their respective counsels and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate and agree to dismissal of this cause of action with prejudice. The parties will bear their own costs, including attorneys' fees.

Respectfully submitted,

| | |
|---|---|
| /s/ Christopher C. Myers (w/ permission)<br>Christopher C. Myers<br>Skyler Spurling-Newsome<br>CHRISTOPHER C. MYERS & ASSOCIATES<br>809 South Calhoun Street, Suite 400<br>Fort Wayne, IN 46802-2307 | /s/ Mark J. Plantan<br>Michael A. Moffatt<br>Mark J. Plantan<br>Littler Mendelson, P.C.<br>111 Monument Circle, Suite 702<br>Indianapolis, Indiana 46204<br>Telephone: 317.287.3600<br>Facsimile: 317.636.0712<br>Email: mmoffatt@littler.com<br>        mplantan@littler.com<br>*Attorneys for Defendant* |

Firmwide:148163591.1 089317.1004